

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700

August 16, 2012

ALL COUNSEL OF RECORD

    Re:  <u>Baltimore City v. Priceline</u>, MJG-08-3319

Dear Counsel:

    This is to confirm that, as you wish, there will be a period of inaction in the case so you can to try to resolve any issues relating to amounts of liability, interest and penalties as well as other possible issues.

    Accordingly, you shall provide a status report regarding such matters, if any, that require judicial resolution by October 1, 2012.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                                              Yours truly,

                                            _____/s/_____
                                            Marvin J. Garbis
                                    United States District Judge