IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
MAYOR & CITY COUNCIL OF        *
BALTIMORE
                               *
         Plaintiff
                               *
         vs.                       CIVIL ACTION NO. MJG-08-3319
                               *
PRICELINE.COM INCORPORATED,
et al.                         *

         Defendants            *

*     *     *     *     *     *     *     *     *
```

## MEMORANDUM AND ORDER RE: MOTION TO STRIKE

The Court has before it the Motion to Strike Protected Documents and Supplemental Brief from the Case File [Document 209], to which there has been no response.

By the instant motion, the Expedia group Defendants seek to have the Court strike from the record a document with attachments filed on May 17, 2011 [Document 152], asserting that the documents are protected by a privilege. The Court docket reflects that Document 152 has been withdrawn. As a result, it appears that the Court file no longer contains Document 152 or any attachment thereto.

Accordingly, the Motion to Strike Protected Documents and Supplemental Brief from the Case File [Document 209] is DENIED AS MOOT.

SO ORDERED, this Monday, August 12, 2013.

/s/
Marvin J. Garbis
United States District Judge